IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

v.                           Case No. 6:12-cr-60019
                                  6:13-cv-6086

CUAUTHEMOC SANCHEZ-LOPEZ                                              MOVANT

### ORDER

Before the Court is the Report and Recommendation filed August 22, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 36). Judge Bryant recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence be denied.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 30) is hereby **DENIED**. Pursuant to 28 U.S.C. §1915(a), the Court finds that an appeal from the denial of this motion would not be taken in good faith. A certificate of appealability is **DENIED** because Movant has not made a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**, this 30th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

1